AO 199A (as modified by the District of Idaho - Rev. 1/25) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) |
| v. | ) |
|  | ) Case No.   0976 1:25-mj-00263-001 |
| Ivan Tellez | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed by U.S. Probation to serve a sentence that the court may impose.

The defendant must appear at: __as directed.__
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (as modified by the District of Idaho - Rev. 11/20) Additional Conditions of Release

DEFENDANT: Ivan Tellez

## ADDITIONAL CONDITIONS OF RELEASE

6. The defendant must submit to supervision by and report for supervision to Pretrial Services as directed.

7. The defendant must continue or actively seek employment.

8. The defendant must surrender any passport to Pretrial Services.

9. The defendant must not obtain a passport or other international travel document.

10. The defendant must abide by the following restrictions on personal association, residence or travel. The defendant's travel shall be restricted to the District of Idaho, and as approved by pretrial services.

11. The defendant must avoid all contact, directly or indirectly, with any person who is known to be a victim or witness in the investigation or prosecution to include: Dayana Fajardo, Samuel Colin, Estrada Alejandro, and Cesar Orozoco.

12. The defendant must not possess a firearm, ammunition, destructive device, or other weapon.

13. The defendant must not use or possess alcohol in excess.

14. The defendant may not frequent establishments where alcohol is the primary item of sale.

15. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 § 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

16. The defendant must submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to breathalyzers, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. The defendant must pay all or part of the cost of testing based upon their ability to pay as determined by the Pretrial Services office or supervising officer.

17. The defendant must participate in a substance abuse assessment and participate in a program of inpatient or outpatient substance use treatment if directed by the Pretrial Services office or the supervising officer. The defendant must pay all or part of the cost of the assessment and treatment based upon their ability to pay as determined by the pretrial services officer.

18. The defendant must report as soon as possible to the Pretrial Services officer or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

19. The defendant must maintain current residence and shall not move or change residences without prior approval of the Pretrial Services officer.

20. The defendant shall have no contact with any persons known to be engaged in criminal activity, or who are using or possessing any controlled substances.

AO 199C (as modified by the District of Idaho - Rev. 11/20) Advice of Penalties

---

DEFENDANT:    Ivan Tellez

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( X )  The defendant is ORDERED released after processing.
( ☐ )  The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

10/21/2025
*Date*

_____
*Judicial Officer's Signature*

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL